UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00218-01 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| SHAQUON FLETCHER | ) | |

JAN 15 2020
JAMES W. McCORMACK, CLERK
BY: _____ mw
DEPUTY CLERK
IN OPEN COURT

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

A.   On or about April 3, 2019, the defendant,

SHAQUON FLETCHER,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: forgery in the first degree (2 counts) and theft of property, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-0202.

B.   On or about April 3, 2019, in the Eastern District of Arkansas, the defendant,

SHAQUON FLETCHER,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.   a Micro Draco, 7.62 caliber rifle, bearing serial number PMD-10228-18RO;

2.   a Micro Draco, 7.62 caliber rifle, bearing serial number PMD-06486-18RO;

3.   a Glock, Model 17, 9mm pistol, bearing serial number BCPT296; and

4.   a Springfield, Model XD-9, 9mm pistol, bearing serial number GM882649.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, SHAQUON FLETCHER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

CODY HILAND
United States Attorney

BY: BENECIA B. MOORE
Bar No. 2006050
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
Benecia.Moore@usdoj.gov