UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00218-04 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| VICTOR THOMPSON | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

A. On or about April 3, 2019, the defendant,

VICTOR THOMPSON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

　　1. Criminal attempt – furnishing prohibited articles, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-2061; and

　　2. Possession of firearms by certain persons and possession of drug paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-4204.

B. On or about April 3, 2019, in the Eastern District of Arkansas, the defendant,

VICTOR THOMPSON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, Model 22, .40 caliber pistol, bearing serial number HKR407, and .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Superseding Information, the defendant, VICTOR THOMPSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

CODY HILAND
United States Attorney

*Benecia Moore*
BY: BENECIA B. MOORE
Bar No. 2006050
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
Benecia.Moore@usdoj.gov