# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | 4:19 CR 00218-04 KGB |
| ) | |
| VICTOR THOMPSON ) | |

## MOTION FOR TEMPORARY RELEASE FROM CUSTODY

Comes now the Defendant, Victor Thompson, by and through his attorney, William O. "Bill" James, Jr., and for his Motion for Temporary Release from Custody states:

1. That on January 27, 2020, Mr. Thompson pleaded guilty to Possession of a Firearm by a Felon in the above-captioned case.

2. That Mr. Thompson is currently being detained in the Sheridan Detention Center awaiting sentencing.

3. On Saturday, April 18, 2020, Kiero Turner, Mr. Thompson's first cousin was murdered in Little Rock, Arkansas.

4. The funeral services are scheduled for Saturday, May 2, 2020 at eleven o'clock in the morning at Robinson Mortuary 6400 Mabelvale Pike, Little Rock, AR 72209 (501) 565-0115. A graveside service will follow at Elm Lawn Cemetery at 5900 W. 12th Street, Little Rock, AR 72204.

5. Defense Counsel would request authorization to from this Court to be granted leave in order to attend his cousin's funeral. The leave requested would be from Saturday, May 2, 2020 at 8:00 a.m. to Saturday, May 2, 2020 at 5:00 p.m.

6. If this Court grants this motion for temporary release, the Defendant agrees to any and all conditions deemed necessary to monitor or restrict his movement while he

attends the funeral service.

**WHEREFORE**, the Defendant prays the Court grant his motion for temporary release from custody or in the alternative that this matter be set for a hearing at the Court's earliest convenience.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com